**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICHOLE DELORES FORD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-1432 |
| KILOLO KIJAKAZI, | : | |
| Defendant. | : | |

## **ORDER AND JUDGMENT**

AND NOW, on April 22, 2022, upon consideration of Plaintiff Nichole Delores Ford's

Brief in Support of her Request for Review (doc. 14), the Commissioner's Response (doc. 15),

and her Reply (doc. 16) it is ORDERED:

1.  Plaintiff's Request for Review is DENIED;

2.  JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3.  The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 _/s/ Timothy R. Rice__
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE